AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ANDERSON, III, ROBERT L. | 11TH CIR. COURT OF APPEALS | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. CIRCUIT JUDGE (senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FELLOW | AMERICAN BAR FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Exxon (common) | A | Dividend | K | T | | | | | |
| 3. SunTrust Bank (common) | A | Dividend | L | T | | | | | |
| 4. TIAA-CREF Traditional Bond Fund (TIAA1) | C | Dividend | L | T | | | | | |
| 5. TIAA-CREF Stock Fund (QCSTRX) | C | Dividend | K | T | | | | | |
| 6. House and lot, Macon-Bibb County, GA | D | Rent | M | W | | | | | |
| 7. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 8. I shares Russell 1000 Index | A | Dividend | K | T | | | | | |
| 9. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 10. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 11. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 12. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 13. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 14. I shares Russell 2000 Index (IRA) (H) | A | Dividend | J | T | | | | | |
| 15. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |
| 16. SunTrust Bank - money market | A | Interest | L | T | | | | | |
| 17. H (RLA/CHARLES SCHWAB CUST IRA ROLLOVER) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Schwab US Treas. Money Fund | A | Interest | J | T | | | | | |
| 19. Investco Balanced Risk Fund | A | Dividend | | | Sold | 03/07/16 | K | A | |
| 20. Goldman Sachs Satelite Shategres Port (GXSIX) | A | Dividend | M | T | Buy (add'l) | 09/09/16 | L | | |
| 21. Goldman Sachs Strategic Inc. Fund | A | Dividend | | | Sold (part) | 01/08/16 | J | A | |
| 22. Goldman Sachs Strategic Inc. Fund | A | Dividend | | | Sold | 03/07/16 | K | A | |
| 23. Goldman Sachs Rising Dev. Growth Fund (GXRLX) | A | Dividend | | | Sold | 09/02/16 | J | A | |
| 24. iShares Core S&P Index | A | Dividend | | | Sold | 09/07/16 | K | A | |
| 25. Vanguard (VEA) | A | Dividend | | | Sold | 06/20/16 | K | A | |
| 26. Vanguard (VOE) | A | Dividend | | | Sold | 09/07/16 | J | A | |
| 27. Blackrock Strat. Inc. Opportunity Port Instl. | A | Dividend | J | T | | | | | |
| 28. Vanguard Bond Index Fund Intermed. Term Bond (BIV) | B | Dividend | K | T | | | | | |
| 29. AQR Style Premia ALT (QSPIX) | A | Dividend | K | T | Buy (add'l) | 03/17/16 | J | | |
| 30. Doubline total Return (DBLTX) | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 31. Vanguard Mkt Neutral (VMNFX) | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 32. JP Morgan Dvrsfd Rtrn Intl (JPIN) | A | Dividend | | | Buy | 06/20/16 | K | | |
| 33. JP Morgan Dvrsfd Rtrn Intl (JPIN) | A | Dividend | | | Sold | 09/07/16 | K | A | |
| 34. H (RLA SCHWAB INDIVIDUAL ACCOUNT) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab US Treas Money Fund | A | Interest | J | T | | | | | |
| 36. Goldman Sachs Rising Div. Fund. (GSRLX) | A | Dividend | | | Sold | 09/21/16 | K | A | |
| 37. Goldman Sachs Satelite Strategies Port (GXSIX) | A | Dividend | M | T | | | | | |
| 38. Investco Bal Risk | A | Dividend | | | Sold | 03/07/16 | J | A | |
| 39. iShares Core S&P (IVV) | A | Dividend | K | T | Buy (add'l) | 09/07/16 | K | | |
| 40. iShares Russell 2000 (IWM) | A | Dividend | K | T | Buy (add'l) | 04/05/16 | K | | |
| 41. iShares Russell 2000 (IWM) | A | Dividend | K | T | Sold (part) | 09/07/16 | J | A | |
| 42. Vanguard ETF (VEA) | A | Dividend | | | Buy (add'l) | 04/05/16 | K | | |
| 43. Vanguard ETF (VEA) | A | Dividend | | | Sold (part) | 06/20/16 | K | B | |
| 44. Vanguard ETF (VEA) | A | Dividend | | | Sold | 09/07/16 | J | A | |
| 45. Vanguard Mid-Cap Growth (VOT) | A | Dividend | J | T | | | | | |
| 46. AQR Style Premia ALT (QSPIX) | B | Dividend | L | T | | | | | |
| 47. Vanguard Mkt Neutral (VMNFX | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 48. Vanguard Sht. Term Bond (BSV) | A | Dividend | K | T | Buy | 04/05/16 | K | | |
| 49. Vanguard Mid Cap Value (VOE) | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 50. JP Morgan Dvrsfd Rtrn Intrnl (JPIN) | A | Dividend | K | T | Buy | 06/20/16 | K | | |
| 51. H (ADDITIONAL STIFEL ASSETS) | | | | | | | | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Appreciation | B | Dividend | L | T | | | | | |
| 53. Suntrust Banks, Inc. Pfd Series 5.875% (RLA) | A | Dividend | J | T | | | | | |
| 54. Suntrust Banks, Inc. Pfd Series 5.875% | A | Dividend | J | T | | | | | |
| 55. Loomis Sayles Strategic Fund (H) | B | Dividend | L | T | | | | | |
| 56. Osterweis Srategic Fund (IRA-W) | C | Dividend | L | T | | | | | |
| 57. Osterweis Strategic Fund (IRA-H) | B | Dividend | K | T | | | | | |
| 58. Alfa Opportunistic Alter. CL 1 (IRA-W) | A | Dividend | | | Sold | 09/08/16 | J | A | |
| 59. Invesco Balanced Risk Alloc. CL Y (IRA-W) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 17, is simply a heading to disclose that the following lines (lines 18--33) describe holdings or transactiosn in RLA Schwab IRA Rollover during 2016

Part VII. line 34 is simply a heading to disclose that the following lines (lines 35-50) describe holdings or transations in the RLA Schwab individual account during 2016

Part VII line 51 , is simply a heading to disclose that lines 51-59 describe holdings that were either already in or added to RLA Stifel brokerage accounts. Other holdings in those accounts were reported on early lines of Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT L. ANDERSON, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544